NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER ERIC ANDREWS,      )
                               )
            Appellant,         )
                               )
v.                             )      Case No. 2D19-1289
                               )
STATE OF FLORIDA,              )
                               )
            Appellee.          )
_____)

Opinion filed November 13, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Philip J. Federico,
Judge.

PER CURIAM.

         Affirmed.  See Tillman v. State, 609 So. 2d 1295 (Fla. 1992); Eutsey v.

State, 383 So. 2d 219 (Fla. 1980).

VILLANTI, LaROSE, and BADALAMENTI, JJ., Concur.